UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT LIRIANO,<br><br>                Plaintiff,<br><br>-v-<br><br>MENACHEM OVADIA, et al.,<br><br>                Defendants. | CIVIL ACTION NO. 23 Civ. 2829 (PGG) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Yesterday, April 15, 2024, Defendants notified the Court that they do not intend to file a pre-answer motion to dismiss the Complaint under Federal Rule of Civil Procedure 12. (ECF No. 18). Accordingly, by **April 30, 2024**, Defendants shall file an answer (or answers) to the Complaint.

Dated:    New York, New York
            April 16, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**