UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT LIRIANO,

                Plaintiff,

-v-                            CIVIL ACTION NO. 23 Civ. 2829 (PGG) (SLC)

MENACHEM OVADIA, et al.,                   **ORDER**

                Defendants.

---

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic status conference held today, August 14, 2024, the Court orders as follows:

1. By **Friday, August 23, 2024**, Defendants shall:

   a. Respond to Plaintiff's interrogatories, requests for production ("RFPs"), and requests for admissions ("RFAs").  Their failure to respond or obtain an extension of time from Plaintiff or the Court may result Plaintiff's RFAs being deemed admitted.

   b. Serve any interrogatories, RFPs, and RFAs on Plaintiff.

2. A follow-up telephonic status conference is scheduled for **Monday, October 7, 2024 at 11:00 a.m.** on the Court's conference line.  The parties are directed to call:  (866) 390-1828; access code:  380-9799, at the scheduled time.

Dated:      New York, New York
              August 14, 2024

                                          SO ORDERED.

                                          */s/ Sarah L. Cave*

2

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2