UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT LIRIANO,

                Plaintiff,

-v-                                      CIVIL ACTION NO. 23 Civ. 2829 (PGG) (SLC)

MENACHEM OVADIA, et al.,                      **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic status conference held today, October 7, 2024, the Court orders as follows:

1. By **Monday, October 21, 2024**, Defendants shall:

    a. Serve revised responses to Plaintiff's requests for production, ensuring the responses comply with the requirements of Federal Rule of Civil Procedure 34.

    b. Provide Plaintiff a written update as to the four interrogatories to which they previously responded they required additional information to answer.

2. All deadlines in this matter are otherwise unchanged.

3. The deadline to serve discovery requests now having passed (ECF No. 25), Defendants are precluded from any discovery requests on Plaintiff.

4. An **in-person** status conference is scheduled for **Tuesday, November 12, 2024 at 10:00 a.m.** in **Courtroom 18A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York**.

Dated:      New York, New York
             October 7, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge