UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT LIRIANO,

                Plaintiff,

-v-                                  CIVIL ACTION NO. 23 Civ. 2829 (PGG) (SLC)

MENACHEM OVADIA, et al.,                          **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the status conference held today, November 12, 2024, the parties are directed to file a joint letter regarding the status of fact discovery by **Monday, December 30, 2024.**

Dated:      New York, New York
              November 12, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge