UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT LIRIANO,

           Plaintiff,

  -v-

MENACHEM OVADIA, et al.,

           Defendants.

CIVIL ACTION NO. 23 Civ. 2829 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On August 5, 2025, the Court denied Plaintiff's Motion for Default Judgment and ordered the parties to file a proposed case management plan ("PCMP") by August 15, 2025. (ECF No. 83). To date, the parties have not filed a PCMP on the docket. As a one-time courtesy the Court sua sponte EXTENDS the deadline to file a PCMP by **Friday, September 5, 2025**. Plaintiff is warned that failure to abide by this Order may result in dismissal of this action for failure to prosecute in accordance with Federal Rule of Civil Procedure 41(b). See Murray v. Smythe, No. 18 Civ. 4705 (KMK), 2020 WL 4482644, at *2 (S.D.N.Y. Aug. 3, 2020).

Dated:    New York, New York
           August 26, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**