UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT LIRIANO,

             Plaintiff,

  -v-                                   CIVIL ACTION NO. 23 Civ. 2829 (JAV) (SLC)

MENACHEM OVADIA, et al.,               **ORDER**

             Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the parties' proposed case management plan (the "PCMP") at ECF No. 85.  Having noted that the PCMP is missing signatures from Defendants Moti and Sigalit Mizrahy, the parties are directed to resubmit the PCMP with signatures from <u>all</u> parties.

Dated:     New York, New York
            September 8, 2025

                                          SO ORDERED.

                                          SARAH L. CAVE
                                          United States Magistrate Judge