UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT LIRIANO,

                Plaintiff,

-v-                                CIVIL ACTION NO. 23 Civ. 2829 (JAV) (SLC)

MENACHEM OVADIA, et al.,               **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion held at the telephonic status conference held today, November 18, 2025, the Court orders as follows:

1. Mr. Mizrahy shall appear for his deposition at the offices of Plaintiff's counsel, located at **4242 Merrick Road, Massapequa, NY 11758 on Monday, November 24, 2025 at 11:00 a.m. ET.**

2. Plaintiff and Mrs. Mizrahy shall meet and confer regarding the scheduling of Mrs. Mizrahy's deposition.

3. Mr. Morris Fateha, Esq. shall promptly file a notice of appearance in this action.

4. The fact discovery deadline is EXTENDED to **Monday, December 22, 2025**.

5. By, **Monday, January 5, 2026**, the parties shall file a joint letter certifying the completion of discovery and setting forth how they plan to proceed after the conclusion of fact discovery.

Dated:    New York, New York
          November 18, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**