

**NHG**
**LAW GROUP, P.C.**
COUNSELORS AT LAW

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

| ATTORNEYS | PARALEGALS |
|---|---|
| JUSTIN M. REILLY, ESQ. | ROSA COSCIA |
| KEITH E. WILLIAMS, ESQ. | CATALINA ROMAN |

**Via: SDNY ECF**                                                     **January 12, 2026**

Honorable Judge Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl St., CR 18A
New York, New York 10007

**Re:    *Liriano v. Ovadia*; 23-cv-02829 (JAV)(SLC)**

Dear Hon. Judge Cave,

I represent Plaintiff, Robert Liriano, in the above-referenced Fair Labor Standards Act ("FLSA") case. I write to request a brief adjournment of the telephone conference currently scheduled for January 14, 2026. Earlier today, pro se defendant Moti Mizrahy informed me that he was out of the country and will not return until Thursday. Additionally, the Parties have begun settlement discussions and may be able to resolve this case prior to a settlement conference before Your Honor. Accordingly, we respectfully request an adjournment to a date during the week of January 26, 2026. This is the first such request and no other deadlines are affected thereby.

We thank the Court for its time and attention to this matter.

Plaintiff's request at Dkt. No. 94 is GRANTED and the telephonic conference to schedule a settlement conference is RESCHEDULED to **Tuesday, January 27, 2026 at 10:00 a.m. ET** on the Court's conference line. The parties are directed to call: 1-855-244-8681; access code: 2308 226 4654, at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a settlement conference.

The Clerk of the Court is respectfully directed to close Dkt. No. 94.

SO ORDERED   1/13/26

SARAH L. CAVE
United States Magistrate Judge

Respectfully submitted,

Keith E. Williams, Esq.

via email.

: 516.228.5106        INFO@NHGLAW.COM

WWW.NHGLAW.COM        WWW.NEWYORKOVERTIMELAW.COM