UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT LIRIANO,

                Plaintiff,

    -v-

MENACHEM OVADIA, et al.,

                Defendants.

CIVIL ACTION NO. 23 Civ. 2829 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion at the telephonic conference held on January 27, 2026, the parties are ORDERED to file a joint letter by **Friday, February 13, 2026** updating the Court on the status of the parties' settlement agreement in principle.

Dated:     New York, New York
           January 27, 2026

                         SO ORDERED.

                                    SARAH L. CAVE
                                    **United States Magistrate Judge**