UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT LIRIANO,

                Plaintiff,

    -v-

MENACHEM OVADIA, et al.,

                Defendants.

CIVIL ACTION NO. 23 Civ. 2829 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On February 17, 2026, the Court ordered the parties to file a joint status letter on the progress of finalizing their settlement agreement (the "Status Letter") by February 27, 2026. (Dkt. No. 98).  To date, the parties have not filed the Status Letter.  As a one-time courtesy, the Court sua sponte EXTENDS the deadline to file the Status Letter to **Friday, March 6, 2026**.

Dated:      New York, New York
           March 2, 2026

                      SO ORDERED.

                      **SARAH L. CAVE**
                      **United States Magistrate Judge**