UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT LIRIANO,

                    Plaintiff,

        -v-                                         CIVIL ACTION NO. 23 Civ. 2829 (JAV) (SLC)

MENACHEM OVADIA, et al.,                            **ORDER**

                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of pro se Defendant Sigalit Mizrahy's counterclaims (Dkt. No. 101 (the "Counterclaims")) and Plaintiff's notice of rejection of the Counterclaims (Dkt. No. 102).  The Counterclaims are hereby STRICKEN from the record based on their untimeliness under the case management plan.  (See Dkt. No. 88 (setting deadline of Sept. 5, 2025 for amendment of pleadings)).  Based on the Court's understanding that the parties have been in the process of finalizing their settlement agreement, an **in-person** conference to discuss the status of that settlement agreement is scheduled for **Tuesday, March 10, 2026 at 11:00 a.m. ET** in Courtroom 18A, 500 Pearl Street, New York, NY**.  All parties are required to participate.**  Any participant requesting permission to bring an electronic device (e.g., cellphone, laptop, tablet) into the Courthouse must email to Chambers (Cave_NYSDChambers@nysd.uscourts.gov) a completed Electronic Device Order form no later than four (4) business days before the conference.  The Electronic Device Order form is available on the Court's website at https://nysd.uscourts.gov/forms/fillable-form-electronic-devices-general-purpose.

The Clerk of the Court is respectfully directed to strike Dkt. No. 101.

Dated:      New York, New York
            March 3, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**