

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

| ATTORNEYS | PARALEGALS |
|---|---|
| JUSTIN M. REILLY, ESQ. | ROSA COSCIA |
| KEITH E. WILLIAMS, ESQ. | CATALINA ROMAN |

**Via: SDNY ECF**                                               **March 13, 2026**

Honorable Judge Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl St., CR 18A
New York, New York 10007

**Re:**    *Liriano v. Ovadia*; **23-cv-02829 (JAV)(SLC)**

Dear Hon. Judge Cave,

I represent Plaintiff, Robert Liriano, in the above-referenced Fair Labor Standards Act ("FLSA") case. I write to request an adjournment of the conference scheduled for April 8, 2026. I will be unavailable due to a family vacation that week. Accordingly, Plaintiff respectfully requests that the conference be rescheduled to one of the following dates: April 14, 17, 20, 21, 22, or 23.

We thank the Court for its consideration of this request.

Respectfully submitted,

Keith E. Williams, Esq.

Plaintiff's request at Dkt. No. 106 is GRANTED. The in-person conference scheduled for April 8, 2026 is ADJOURNED to **Tuesday, April 14, 2026 at 11:00 a.m. ET** in Courtroom 18A, 500 Pearl Street, New York, NY. **All parties are required to participate.**

The Clerk of the Court is respectfully directed to close Dkt. No. 106.

SO ORDERED   3/13/26

SARAH L. CAVE
United States Magistrate Judge

cc:    All counsel of record, via ECF
       Moti Mizrahy and Sigalit Mizrahy, via email.

PHONE: 516.228.5100      FAX: 516.228.5106      INFO@NHGLAW.COM

WWW.NHGLAW.COM      WWW.NEWYORKOVERTIMELAW.COM