UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT LIRIANO,

                    Plaintiff,

        -v-                                                    CIVIL ACTION NO. 23 Civ. 2829 (JAV) (SLC)

MENACHEM OVADIA, et al.,                                       **ORDER**

                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the in-person conference held today, April 14, 2026, a telephonic conference to discuss the status of settlement is scheduled for **Wednesday, April 15, 2026 at 2:00 p.m. ET** on the Courts' conference line.  The parties are directed to call 1-855-244-8681; access code: 2308 226 4654 at the scheduled time.

Dated:        New York, New York
              April 14, 2026

                              SO ORDERED.

                              _____
                              SARAH L. CAVE
                              **United States Magistrate Judge**