UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT LIRIANO,

                              Plaintiff,

        -v-                                                    CIVIL ACTION NO. 23 Civ. 2829 (JAV) (SLC)

MENACHEM OVADIA, et al.,                                              **ORDER**

                              Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

        Pursuant to the discussion during the telephonic conference held today, April 15, 2026,

the parties are ORDERED to file a joint status letter by **Wednesday, April 29, 2026** informing the

Court as to the status of settlement negotiations.

Dated:        New York, New York
              April 15, 2026

                                        SO ORDERED.


                                        _____
                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**