UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT LIRIANO,

                Plaintiff,

    -v-

MENACHEM OVADIA, et al.,

                Defendants.

CIVIL ACTION NO. 23 Civ. 2829 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties in this wage-and-hour case under the Fair Labor Standards Act ("FLSA") have consented to the undersigned's jurisdiction under 28 U.S.C. 636(c) and Fed. R. Civ. P. 73. (Dkt. No. 114). Plaintiff has submitted a Letter-Motion on behalf of all parties in support of settlement (Dkt. No. 113); a proposed settlement agreement (Dkt. No. 113-1 (the "Agreement")); a calculation of damages (Dkt. No. 113-2); plaintiff's counsel's time records (Dkt. No. 113-3); and plaintiff's invoices (Dkt. No. 113-4) for approval under Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).

It appears from the Letter-Motion and accompanying documents that Plaintiff has failed to provide the Court with copies of his retainer agreement or engagement letter with his counsel. In addition, the Agreement references a stipulation of dismissal that Plaintiff also did not provide to the Court for review. (See Dkt. No. 113-1 ¶ 6).

Accordingly, by **Friday, May 22, 2026**, Plaintiff shall provide:  (i) his retainer or engagement letter with his counsel, and (ii) the stipulation of dismissal between the parties.

Dated:      New York, New York
            May 18, 2026

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2